# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, SR., <br><br>  Plaintiff, <br><br> v. <br><br> PLEASANT VALLEY STATE PRISON, et al., <br><br> Defendants. _____/ | CASE NO. 1:08-cv-0593 -LJO-DLB PC <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM <br><br> (Doc. 9) |

Plaintiff Lonnie Lee Poslof, Sr ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 20, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on January 28, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 20, 2009, is adopted in full; and
2. This action is dismissed for Plaintiff's failure to obey a court order and failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:   March 16, 2009                             /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE